UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CARLOS GONZALEZ-GONZALEZ,

  Plaintiff,

  v.                                       Civil No. 97-2401 (JAF)

CARMEN FELICIANO DE MELECIO,
Secretary of the Department of
Health, and JOSE A. TORO-FONT,
Regional Medical Director of
the Puerto Rico Department of
Health for the Ponce Region,

  Defendants.

## O R D E R

Trial in this case shall be held on **January 24, 2000, at 9:30 A.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 9th day of September, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge