UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

1  CARLOS GONZALEZ GONZALEZ,

2

3        Plaintiff,                    Civil No.   97-2401 (JAF)

4        v.

5  CARMEN FELICIANO DE MELECIO;
6  JOSE ALFREDO TORO FONT,

7        Defendants.

8  ------------------------------------

9

## J U D G M E N T

The court approves the Settlement Agreement entered into by the

parties on January 19, 2000, Docket Document No. 17.

Judgment is entered incorporating the terms and conditions of

the Settlement Agreement as if set forth at length herein.  This case

is now dismissed with prejudice.

San Juan, Puerto Rico, this 20th day of January, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)