# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





CARLOS GONZALEZ-GONZALEZ

VS.

CARMEN FELICIANO DE MELECIO, ET AL

CIVIL NO. 97-2401(JAF)

## DESCRIPTION OF MOTION

**DATE FILED:** 03/13/00   **DOCKET #:** 20   **TITLE:** MOTION by Carlos Roberto Gonzalez-Gonzalez | for Disbursement of Funds |

[X] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** Granted as requested

_____
5-17-00
DATE

_____
JOSE A. FUSTE
U.S. DISTRICT JUDGE